UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                )
HAROLD EVANS,                   )
         Plaintiff,             )
                                )        CIVIL ACTION
v.                              )        NO. 04-40117-DPW
                                )
DAVID L. WINN, Warden,          )
         Defendant.             )
_____)

**NOTICE OF APPEARANCE**

Please enter my appearance as counsel for the defendant in the above-captioned matter.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

By:    /s/ Anita Johnson
       ANITA JOHNSON
       Assistant U.S. Attorney
       United States Courthouse
       1 Courthouse Way - Suite 9200
       Boston, MA 02210
       (617) 748-3282

**CERTIFICATE OF SERVICE**

I certify that on this day I served the above Notice by mailing a copy of same, postage prepaid, first class mail upon the pro se plaintiff.

                                      /s/ Anita Johnson
                                      ANITA JOHNSON

Dated: 7/6/04