UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HAROLD EVANS,
                    Petitioner,

                                                    CIVIL ACTION

         v.                                         NO.    04-40117-DPW

DAVID L. WINN, WARDEN,
                    Respondent.

O R D E R

WOODLOCK, D. J.

         On June 18, 2004, petitioner Harold Evans, a prisoner confined at FMC Devens,

filed a petition for a writ of habeas corpus under Section 2241.

         ACCORDINGLY,

         (1) The Clerk of this Court shall serve a copy of the Petition, by certified mail, upon

(i) David Winn, Warden, FMC Devens, P.O. Box 879, Ayer, Massachusetts 01432; AND

(ii) the United States Attorney; and

         (2) The Respondent shall, within 28 days of receipt of this Order, file an answer or

other responsive pleading.

SO ORDERED.


 July 7, 2004                            s/ Douglas P. Woodlock
Date                                  United States District Judge