```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
_____
                              )
HAROLD EVANS,                 )
          Plaintiff,          )
                              )      CIVIL ACTION
v.                            )      NO. 04-40117-DPW
                              )
DAVID L. WINN, Warden,        )
          Defendant.          )
_____)
```

**DEFENDANT'S MOTION TO EXTEND TIME**
**TO FILE ANSWER TO COMPLAINT**

The defendant requests that this Court extend the time up to and including August 9, 2004, to answer or otherwise respond to Plaintiff's Petition for Writ of Habeas Corpus.  Due to unforeseen personal circumstances, the undersigned counsel has been unable to comply with the Court's deadline of August 5, 2004, and regrettably needs more time to prepare the final response.

WHEREFORE, the defendant respectfully requests that this Court permit an extension of time up to and including August 9, 2004, to answer or otherwise respond to the Petition.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ Anita Johnson
     ANITA JOHNSON
     Assistant U.S. Attorney
     United States Courthouse
     1 Courthouse Way - Suite 9200
     Boston, MA 02210
     (617) 748-3282

CERTIFICATE PURSUANT TO LR. 7.1(A)(2)

The Respondent takes the position that, because LR. 7.1(A)(2) requires "counsel" to confer, the Rule is inapplicable where, as here, plaintiff is proceeding pro se and is incarcerated.  To the extent the Court considers the Rule applicable, the undersigned requests that it be waived here.

/s/Anita Johnson
Anita Johnson


CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served upon Petitioner Harold Evans, Reg. No. 06646-084, FMC Devens Camp, P.O. Box 879, Ayer, MA 01432 by first class, postage prepaid mail on this date.

/s/ Anita Johnson
Anita Johnson


Dated: August 5, 2004