UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ ) | |
| HAROLD EVANS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civ. No. 04-CV-40117-DPW |
| ) | |
| DAVID L. WINN, WARDEN, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

**DAVID L. WINN'S MOTION FOR LEAVE TO FILE SUBSTITUTE
MEMORANDUM IN OPPOSITION TO
PETITIONER'S REQUEST FOR RELIEF
AND IN SUPPORT OF MOTION TO DISMISS**

Respondent requests that this Court grant him leave to file a Substitute Memorandum responding to the Petition for Habeas Corpus. In the memorandum filed on August 9, 2003, counsel for Respondent, through inadvertence, made an error regarding the number of Good Time Credits theoretically applicable to Petitioner's sentence, and, accordingly, was incorrect with respect to her comparison of Petitioner's calculation of Good Time Credits with Respondent's calculation and now seeks to correct the record. In addition, the substitute memorandum would bring to the court's attention

additional judicial authority in support of Respondent's interpretation and application of the relevant statute.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:   /s/Anita Johnson
      ANITA JOHNSON
      Assistant U.S. Attorney
      John Joseph Moakley U. S. Courthouse
      One Courthouse Way, Suite 9200
      Boston, Massachusetts 02210
      (617) 748-3282

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing document was served upon Petitioner Harold Evans, 06646-084, FMC Devens Camp, P.O. Box 879, Ayer, MA 01432 by first class mail, postage prepaid mail on this 13th day of August, 2004.

        /s/Anita Johnson