UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HAROLD EVANS,<br>　　　　Petitioner,<br><br>　　v.<br><br>DAVID L. WINN, WARDEN,<br>　　　　Respondent. | )<br>)<br>)<br>)　Civ. No. 04-CV-40117-DPW<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO DISMISS PETITION

For the reasons set forth in the accompanying memorandum, Respondent requests that this Court dismiss the Petition for Habeas Corpus.

　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　MICHAEL J. SULLIVAN
　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　By:　　/s/ Anita Johnson
　　　　　　　　　　　　ANITA JOHNSON
　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　John Joseph Moakley U. S. Courthouse
　　　　　　　　　　　　One Courthouse Way, Suite 9200
　　　　　　　　　　　　Boston, Massachusetts 02210
　　　　　　　　　　　　(617) 748-3282

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served upon Petitioner Harold Evans, 06646-084, FMC Devens Camp, P.O. Box 879, Ayer, MA 01432 by first class mail, postage prepaid mail on this 13th day of August, 2004.

　　　　　　　　　　　　　　　/s/ Anita Johnson