UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Harold Evans

V.                                  Case No. 04-40117-DPW

David L. Winn

RECEIPT

Received of the Clerk, U.S. District Court, the following SEALED documents and/or exhibits in the above-entitled case:

5    6

Name: JANICE ZANIGONI
Firm: USAO

Date: 4/4/05